IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY McMAHON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 24-cv-9660 |
| | ) | |
| S & M AUTO BROKERS, INC. | ) | |
| | ) | |
| Defendant. | ) | Jury Demand |
| | ) | |

**Judgment Order**

This matter coming before the Court for Plaintiff's prove-up hearing, counsel for the Plaintiff present in open court and the Defendant failed to appear, the Court having jurisdiction and being fully advised in the premises, IT IS HEREBY ORDERED:

1. S & M Auto Brokers, Inc. ("S&M Auto") shall unwind the transaction for the sale of the 2021 GMC Sierra 2500HD VIN 1GT59LE79MF202096 ("Sierra") to Anthony McMahon ("McMahon"). S&M Auto shall pay McMahon $50,935.98[1] in exchange for the title of the Sierra and S&M Auto shall receive the title and possession of the Sierra upon full payment and satisfaction of all the monies due to McMahon.

2. McMahon is awarded his attorney's fees in the amount of $38,150.00 against S&M Auto.

3. McMahon is awarded his litigation costs in the amount of $1,378.71 against S&M Auto.

[1] McMahon's loan payment requires additional interest charges. McMahon incurs 7.350% of per diem interest or $5.66 per day. McMahon is awarded $5.66 per day every day until S&M Auto fully satisfies the Judgment entered against it.

4. McMahon is awarded his additional costs in the amount of $7,442.94 against S&M Auto.

5. McMahon is awarded his expert witness costs pursuant to the equitable power conveyed to the Court under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/10a(a), "The court, in its discretion may award actual economic damages or *any other relief which the court deems proper*…" (emphasis supplied) in the amount of $900.00 against S&M Auto to make McMahon whole.

6. As of the date of this order, the total monetary judgment awarded to McMahon and against S&M Auto is in the amount of $98,807.63.

Virginia M. Kendall

Hon. Virginia M. Kendall
Chief Judge

Date: 7/16/2025